IN THE UNITED STATES COURTS OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump,<br><br>        Plaintiff,<br><br>  v.<br><br>Hillary R. Clinton *et al.*,<br><br>        Defendants. | Appeal No. 22-13410 |

## APPELLEE NEUSTAR, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a), Neustar, Inc. discloses that it is a wholly owned subsidiary of TransUnion. TransUnion is a publicly traded entity (TRU). Investment funds affiliated with T. Rowe Price Group, Inc. (TROW), a publicly traded entity, own more than 10% of TransUnion's stocks.

Dated: October 28, 2022

Respectfully submitted,

By: */s/ Samantha L. Southall*
    Samantha L. Southall
    **BUCHANAN INGERSOLL & ROONEY PC**
    50 S. 16th Street, Suite 3200
    Philadelphia, PA 19102
    Tel: (215) 665-8700
    Fax (215) 667-8760

    */s/ Jennifer Olmedo-Rodriguez*
    Jennifer Olmedo-Rodriguez (FBN 605158)
    **BUCHANAN INGERSOLL & ROONEY PC**
    2 South Biscayne Blvd., Suite 1500
    Miami, Florida 33131
    Tel: (305) 347-4080
    Fax: (305) 347-4089

    *Attorneys for Defendant Neustar, Inc.*