_____

# No. 22-13410-J

In the

# United States Court of Appeals for the Eleventh Circuit

DONALD J. TRUMP,

                                                                         Appellant,

v.

HILLARY R. CLINTON, et. al.,

                                                                         Appellees.

On Appeal from the United States District Court
for the Southern District of Florida
District Court Case Number 2:22-CV-14102-DMM

**Appellee Hillary R. Clinton's Certificate
of Interested Persons and Corporate Disclosure Statement**

| | |
|---|---|
| David Oscar Markus<br>MARKUS/MOSS PLLC<br>40 NW Third Street<br>Penthouse One<br>Miami, Florida 33128<br>305-379-6667<br>dmarkus@markuslaw.com | David E. Kendall<br>Katherine M. Turner<br>Michael J. Mestitz<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>(202)434-5000<br>dkendall@wc.com |

*Attorneys for Appellee Hillary R. Clinton*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellee files this Certificate of Interested Persons and Corporate Disclosure Statement Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Ceresney, Andrew J.

Clattenburg, Rachel

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Greenberg, Gerald Edward

Habba, Alina

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Phillipe

Rilley, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha Renee Gilcrist

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussman, Michael

Terrell, Stephen R.

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

Respectfully submitted,

| | |
|---|---|
| David Oscar Markus | David E. Kendall |
| MARKUS/MOSS PLLC | Katherine M. Turner |
| 40 NW Third Street | Michael J. Mestitz |
| Penthouse One | WILLIAMS & CONNOLLY LLP |
| Miami, Florida 33128 | 680 Maine Ave SW |
| 305-379-6667 | Washington, DC 20024 |
| dmarkus@markuslaw.com | (202)434-5000 |
| | dkendall@wc.com |

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was e-filed this 28th day of October, 2022.

/s/ David Oscar Markus
David Oscar Markus