Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

Please TYPE. Attach additional pages if necessary.

11th Circuit Docket Number: 22-13410

Caption:

Donald Trump

v.

Hillary Clinton, et al.

District and Division: Southern District of FL (Ft Pierce), Civil
Name of Judge: Judge Donald M. Middlebrooks
Nature of Suit: 470 Racketeer/Corrupt
Date Complaint Filed: 03/24/2022
District Court Docket Number: 2:22-cv-14102-DMM
Date Notice of Appeal Filed: 10/11/2022
☐ Cross Appeal   ☐ Class Action
Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| For Appellant: | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| ☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Jesse R. Binnall<br>Jared J. Roberts | Binnall Law Group<br>717 King Street<br>Suite 200<br>Alexandria, Virginia<br>22314 | (703) 888-1943<br>(703) 888-1930<br>jesse@binnall.com<br>jared@binnall.com |

For Appellee:
☐ Plaintiff
☐ Defendant
☐ Other (Specify)

Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other  Failure to State a Claim | Amount Sought by Plaintiff:<br>$Unspecified<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent    ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute 18 U.S.C. §1962 (Civil RICO)
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the District Court erred in dismissing Donald J. Trump's Amended Complaint.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 1 DAY OF November, 2022.

Jared J. Roberts
NAME OF COUNSEL (Print)

[signature]
SIGNATURE OF COUNSEL