## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Donald J. Trump,

                Plaintiff,

     v.

Hillary R. Clinton *et al.*,

                Defendants.

Appeal No. 22-13410

## APPELLEE NEUSTAR SECURITY SERVICES' CERTIFACTE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

       Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a), Neustar Security Services discloses that it is a wholly owned subsidiary of Aerial Security Intermediate, LLC.  Aerial Security Intermediate, LLC is privately held and does not have any outstanding securities in the hands of the public.

Dated:  November 9, 2022

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ John M. McNichols
John M. McNichols
Allison S. Eisen
Kathryn E. Garza
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jmcnichols@wc.com

*Attorneys for Neustar Security Services*