IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump, | ) |
| | ) |
|     Plaintiff/Appellant, | ) |
| | ) |
| v. | )   Appeal No. 22-13410 |
| | ) |
| Hillary R. Clinton, et al., | ) |
| | ) |
|     Defendants/Appellees. | ) |

**APPELLEE MARC ELIAS'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Marc Elias submits this notice stating that he is aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; and Neustar Security Services; and by Appellant Donald J. Trump.

Dated: November 10, 2022                         Respectfully submitted,

                                                           MARC ELIAS

                                                           By:    /s/ April A. Otterberg
                                                                      Reid J. Schar
                                                                      April A. Otterberg
                                                                      Jenner & Block LLP
                                                                      353 N. Clark St.
                                                                      Chicago, IL 60654
                                                                      (312) 222-9350
                                                                      rschar@jenner.com
                                                                      aotterberg@jenner.com

                                                                      Debra P. Klauber
                                                                      Haliczer Pettis & Schwamm, PA
                                                                      100 SE 3rd Ave., 7th Floor
                                                                      Fort Lauderdale, FL 33128

(954) 522-2512<br>
dklauber@hpslegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th of November, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ April A. Otterberg<br>
April A. Otterberg