No. 22-13410

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP,

*Plaintiff-Appellant*,

v.

HILLARY R. CLINTON, et al.,

*Defendants-Appellees*,

On Appeal from the United States District Court for the
Southern District of Florida, No. 2:22-cv-14102-DMM
(Hon. Donald M. Middlebrooks)

**APPELLEE MICHAEL SUSSMANN'S CERTIFICATE OF INTERESTED PERSONS**

| | |
|---|---|
| Stephen P. Barry | Sean M. Berkowitz |
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| 555 Eleventh Street, NW | 330 N. Wabash Avenue |
| Suite 1000 | Suite 2800 |
| Washington, DC 20004 | Chicago, IL 60611 |
| (202) 637-2200 | (312) 876-7700 |

*Counsel for Appellee Michael Sussmann*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellee Michael Sussmann ("Appellee") certifies that the following is a complete list of trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal:

ABC Corporations 1 – 10, said names being fictitious and unknown entities (Defendants-Appellees)

Akerman, LLP (Counsel for Defendant-Appellee Perkins in the USDC)

Barry, Stephen P. (Attorney, Latham & Watkins LLP)

Barzee Flores (Counsel for Defendants-Appellees Sullivan and Mook in the USDC)

Barzee, William R. (Attorney, William Barzee, P.C.)

Bean LLC, d/b/a Fusion GPS (Defendant-Appellee) ("Fusion")

Berman, Joshua Adam (Attorney, The Law Office of Joshua A. Berman, LLC)

Berkowitz, Sean M. (Attorney, Latham & Watkins LLP)

Binnall Law Group, PLLC (Counsel for Plaintiff-Appellant)

Binnall, Jesse R. (Attorney, Binnall Law Group, PLLC)

Brennan Center for Justice (Counsel for Defendants-Appellees DNC, DNC Services and Schultz in the USDC)

Buchanan Ingersoll & Rooney P.C. (Counsel for Defendant-Appellee Neustar)

Ceresney, Andrew J. (Attorney, Debevoise & Plimpton, LLP)

Clattenburg, Rachel (Attorney, Levy Firestone Muse LLP)

Clifford Chance US, LLP (Counsel for Defendants-Appellees B. Ohr and N. Ohr in the USDC)

Clinton, Hillary R. (Defendant-Appellee)

Colson Hicks Eidson (Counsel for Defendant-Appellee Sussmann, in the USDC)

Crenny, Kevin P. (Attorney, Levy Firestone Muse LLP)

Crowley, Shawn G. (Attorney, Kaplan Hecker & Fink, LLP)

Danchenko, Igor (Defendant-Appellee) ("Danchenko")

Debevoise & Plimpton, LLP (Counsel for Defendant-Appellee Mook)

Democratic National Committee (Defendant-Appellee) ("DNC")

DNC Services Corporation (Defendant-Appellee) ("DNC Services")

Dolan, Jr., Charles H. (Defendant-Appellee) ("Dolan")

Doumar, George R.A. (Attorney, Mahdavi Bacon Halfhill & Young, PLLC)

Eisen, Allison (Attorney, Williams & Connolly, LLP, Counsel for Defendant-Appellant Neustar Security)

Elias, Marc (Defendant-Appellee) ("Elias")

Erickson-Pogorzelski, Anthony (Attorney, USDOJ)

Fassbender, Diana Marie (Attorney, Orrick Herrington & Sutcliffe, LLP)

Feldman, Maximillian (Attorney, Brennan Center for Justice)

Fels, Adam S. (Attorney, Fridman Fels & Soto, PLLC)

Fridman Fels & Soto, PLLC (Counsel for Defendants-Appellees Fritsch, Fusion, B. Ohr, N. Ohr and Simpson)

Fritsch, Peter (Defendant-Appellee) ("Fritsch")

Garcez, Isabela M. (Attorney, Debevoise & Plimpton, LLP)

Garza, Kathryn E. (Attorney, Williams & Connolly, LLP, Attorney for Defendant-Appellee Neustar Security)

Gelber Schachter & Greenberg, PA (Counsel for Defendants-Appellees DNC, DNC Services, and Schultz)

Gibson, Dunn & Crutcher, LLP (Counsel for Defendant-Appellee Perkins Coie)

Gillenwater, James E. (Attorney, Greenberg Traurig, PA, Counsel for Appellee-Defendant Neustar Security)

González, Carmen Iguina (Attorney, Kaplan Hecker & Fink, LLP)

Greenberg Traurig, PA (Counsel for Appellees-Defendants Orbis and Neustar Security)

Greenberg, Gerald E. (Attorney, Gelber Schachter & Greenberg, PA)

Habba Madaio & Associates LLP (Counsel for Plaintiff-Appellant in the USDC)

Habba, Alina (Attorney, Habba Madaio & Associates LLP)

Haliczer Pettis & Schwamm, PA (Counsel for Defendant-Appellee Elias)

Harrington, Howard J. (Attorney, Akerman, LLP)

Hart, Nancy E. (Attorney, Gibson, Dunn & Crutcher, LLP)

HFACC, INC. (Defendant-Appellant) ("HFACC")

Howard, Eleni Kastrenakes (Attorney, Akerman, LLP)

Houlihan, Michael F. (Attorney, Latham & Watkins LLP)

Hunt, Hon. Patrick (Magistrate Judge in USDC)

Jenner & Block, LLP (Counsel for Defendant-Appellee Elias in the USDC)

John Does 1 – 10, said names being fictitious and unknown entities

(Defendants-Appellees)

Joffe, Rodney (Defendant-Appellee) ("Joffe")

Kaplan Hecker & Fink, LLP (Counsel for Defendants-Appellees DNC, DNC Services, and Schultz)

Kaplan, Roberta A. (Attorney, Kaplan Hecker & Fink, LLP)

Kendall, David E. (Attorney, Williams & Connolly, LLP, Counsel for Defendant-Appellee Clinton)

Klauber, Debra Potter (Attorney, Haliczer Pettis & Schwamm PA)

Latham & Watkins, LLP (Counsel for Defendant-Appellee Sussmann)

Lett, Enjoliqué A (Attorney, Greenberg Traurig, PA, Counsel for Defendant-Appellee Orbis)

Levine, Jonathan E. (Attorney, Mahdavi, Bacon, Halfhill & Young, PLLC)

Levy Firestone Muse LLP (Counsel for Defendants-Appellees Fritsch, Fusion and Simpson in the USDC)

Levy, Joshua (Attorney, Levy Firestone Muse LLP)

Lipshultz, Zachary Andrew (Attorney, Colson Hicks Eidson)

Madaio, Michael T. (Attorney, Habba Madaio & Associates LLP)

Mahdavi, Bacon, Halfhill & Young, PLLC (Counsel for Defendant-Appellee Dolan)

Markus, David Oscar (Attorney, Markus/Moss, PLLC)

Markus/Moss PLLC (Counsel for Defendant-Appellee Clinton)

Martinez, Roberto (Attorney, Colson Hicks Eidson)

McNichols, John Marcus (Attorney, Williams & Connolly, LLP, Counsel for Defendant-Appellee Neustar Security)

Meeks, Katherine Moran (Attorney, Gibson, Dunn & Crutcher LLP)

Mestitz, Michael J. (Attorney, Williams & Connolly LLP, Counsel for

Defendant-Appellee Clinton)

Middlebrooks, Hon. Donald M. (USDC Judge)

Monsour, Jr., Franklin George (Attorney, Orrick, Herrington & Sutcliffe LLP)

Mook, Robert E. (Defendant-Appellee) ("Mook")

Neuman, Sarah E. (Attorney, Wilkinson Stekloff, LLP)

Neustar, Inc. (Defendant-Appellee) ("Neustar")

Neustar Security Services (Defendant-Appellee) ("Neustar Security")

Ohr, Nellie (Defendant-Appellee) ("N. Ohr")

Ohr, Bruce (Defendant-Appellee) ("B. Ohr")

Olmedo-Rodriguez, Jennifer (Attorney, Buchanan Ingersoll & Rooney P.C.)

Orbis Business International Ltd (Wholly owns Orbis)

Orbis Business Intelligence Ltd. (Defendant-Appellee) ("Orbis")

Orrick Herrington & Sutcliffe, LLP (Counsel for Defendant-Appellee Danchenko in the USDC)

Otterberg, April A. (Attorney, Jenner & Block, LLP)

Peacock, Benjamin (Attorney, Clifford Chance US, LLP )

Perkins Coie LLP (Defendant-Appellee) ("Perkins")

Pettis, Eugene K. (Attorney, Haliczer Pettis & Schwamm, PA)

Pinto, Paola (Attorney, Schertler Onorato Mead & Sears LLP)

Podesta, John (Defendant-Appellee) ("Podesta")

Reilly, Wendy B. (Attorney, Debevoise & Plimpton, LLP)

Reines, Phillipe (Defendant-Appellee)

Roberts, Jared J. (Attorney, Binnall Law Group, PLLC)

Sainvil, Akiesha (Attorney, Greenberg Traurig, PA, Counsel for Defendant-Appellee Orbis)

Sasson, Jamie Alan (Attorney, Ticktin Law Group, PA)

Schar, Reid J. (Attorney, Jenner & Block, LLP)

Schertler Onorato Mead & Sears LLP (Counsel for Defendants-Appellees, HFACC and Podesta)

Schultz, Deborah Wasserman (Defendant-Appellee) ("Schultz")

Sigler, Geoffrey M. (Attorney, Gibson Dunn & Crutcher, LLP)

Simpson, Glenn (Defendant-Appellee) ("Simpson')

Soto, Edward (Attorney, Weil, Gotshal & Manges LLP)

Southall, Samantha L. (Attorney, Buchanan Ingersoll & Rooney P.C.)

Steele, Christopher (Defendant-Appellee)

Stekloff, Brian L. (Attorney, Wilkinson Stekloff, LLP)

Sullivan, Jake (Defendant-Appellee) ("Sullivan")

Sussmann, Michael (Defendant-Appellee) ("Sussmann")

Terrell, Stephen R. (Attorney, USDOJ)

The Law Office of Joshua A. Berman, LLC (Counsel for Defendants-Appellees B. Ohr and N. Ohr in the USDC)

Ticktin Law Group, PA (Counsel for Plaintiff-Appellant in the USDC)

Ticktin, Peter David (Attorney, Ticktin Law Group, PA)

T. Rowe Price Group (TROW) (Owns more than 10% of TransUnion's stock)

TransUnion (TRU) (Wholly owns Neustar)

Trout Cacheris, PLLC (Counsel for Defendants-Appellees HFACC and Podesta in the USDC)

Trout, Robert P. (Attorney, Trout Cacheris, PLLC)

Trump, Donald J. (Plaintiff-Appellant)

Turner, Katherine (Attorney, Williams & Connolly, LLP, Counsel for Defendant-Appellant Clinton)

Tyrrell, Steven A. (Attorney, Weil Gotshal & Manges, LLP)

United States Department of Justice (Counsel for Defendant-Appellee) ("USDOJ")

United States Of America (Defendant-Appellee) ("USA")

Warin, F. Joseph (Attorney, Gibson, Dunn & Crutcher, LLP)

Weil, Gotshal & Manges LLP (Counsel for Defendant-Appellee Joffe)

Wilkinson Stekloff, LLP (Counsel for Defendant-Appellee Sullivan)

William Barzee, P.A. (Counsel for Defendants-Appellees Sullivan and Mook )

Williams & Connolly LLP (Counsel for Defendants-Appellees Clinton and Neustar Security)

Dated: November 10, 2022                Respectfully submitted,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: (312) 876-7700
sean.berkowitz@lw.com

Stephen P. Barry
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: (202) 637-2200
stephen.barry@lw.com

*Counsel for Michael Sussmann*

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court via the Court's CM/ECF system.

        Respectfully submitted,

        */s/ Sean M. Berkowitz*
        Sean M. Berkowitz
        LATHAM & WATKINS LLP
        330 North Wabash Avenue
        Suite 2800
        Chicago, IL 60611
        Phone: (312) 876-7700
        sean.berkowitz@lw.com

        *Counsel for Michael Sussmann*