IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump,<br><br>   Plaintiff/Appellant,<br><br> v.<br><br>Hillary R. Clinton *et al.*,<br><br>   Defendants/Appellees. | Appeal No. 22-13410-J |

## **APPELLEES FUSION GPS, GLENN SIMPSON, AND PETER FRITSCH'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellees Fusion GPS, Glenn Simpson and Peter Fritsch submit this notice stating that they are aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; and Neustar Security Services; and by Appellant Donald J. Trump.

Dated: November 11, 2022    Respectfully Submitted,

               By: /s/ Adam S. Fels
               FRIDMAN FELS & SOTO, PLLC
               2525 Ponce de Leon Blvd. Suite 750
               Coral Gables, FL 33134
               Tel: 305-569-7701
               afels@ffslawfirm.com

               *Attorney for Defendant-Appellees*
               *Fusion GPS, Glenn Simpson, Peter*
               *Fritsch*

2

## **CERTIFICATE OF SERVICE**

I certify that, on November 11, 2022, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

_/s/_ Adam S. Fels
Adam S. Fels