IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald J. Trump,

        Plaintiff/Appellant,

  v.

Hillary R. Clinton *et al.*,

        Defendants/Appellees.

Appeal No. 22-13410-J

## APPELLEE FUSION GPS'S AMENDED
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Bean LLC d/b/a Fusion GPS states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Fusion GPS is aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; and Neustar Security Services; and by Appellant Donald J. Trump.

Dated: November 11, 2022

Respectfully Submitted,

By: /s/ Adam S. Fels__
FRIDMAN FELS & SOTO, PLLC
2525 Ponce de Leon Blvd. Suite 750
Coral Gables, FL 33134
Tel: 305-569-7701
afels@ffslawfirm.com

*Attorney for Defendant-Appellee Fusion GPS*

## CERTIFICATE OF SERVICE

I certify that, on November 11, 2022, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

        /s/ Adam S. Fels
        Adam S. Fels