IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump,<br><br>      Plaintiff/Appellant,<br><br>v.<br><br>Hillary R. Clinton *et al.*,<br><br>      Defendants/Appellees. | Appeal No. 22-13410-J |

## APPELLEES BRUCE AND NELLIE OHR'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellees Bruce and Nellie Ohr submit this notice stating that they are aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; and Neustar Security Services; and by Appellant Donald J. Trump.

Dated: November 11, 2022

Respectfully Submitted,

By: /s/ Adam S. Fels
FRIDMAN FELS & SOTO, PLLC
2525 Ponce de Leon Blvd. Suite 750
Coral Gables, FL 33134
Tel: 305-569-7701
afels@ffslawfirm.com

*Attorney for Defendant-Appellees*
*Fusion GPS, Glenn Simpson, Peter Fritsch*

1

## CERTIFICATE OF SERVICE

I certify that, on November 11, 2022, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

    /s/ Adam S. Fels
Adam S. Fels