# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump, </br></br>　　　Plaintiff/Appellant, </br></br>　v. </br></br>Hillary R. Clinton, et al., </br></br>　　　Defendants/Appellees. | ) ) ) ) ) ) ) ) ) ) )　Appeal No. 22-13410 |

## APPELLEE JAKE SULLIVAN'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Jake Sullivan submits this notice stating that he is aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; Neustar Security Services; Marc Elias; Michael Sussman; Fusion GPS; Glenn Simpson; Peter Frisch; Bruce Ohr; and Nellie Ohr; and by Appellant Donald J. Trump.

Dated: November 11, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JAKE SULLIVAN

　　　　　　　　　　　　　　　By:　/s/ Brian L. Stekloff
　　　　　　　　　　　　　　　　　Brian L. Stekloff
　　　　　　　　　　　　　　　　　Sarah E. Neuman
　　　　　　　　　　　　　　　　　WILKINSON STEKLOFF LLP
　　　　　　　　　　　　　　　　　2001 M Street, NW, 10th Floor
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　(202) 847-4000
　　　　　　　　　　　　　　　　　bstekloff@wilkinsonstekloff.com
　　　　　　　　　　　　　　　　　sneuman@wilkinsonstekloff.com

William R. Barzee
BARZEE FLORES
Courthouse Center, Penthouse One
40 NW Third Street
Miami, FL 33128
(305) 374–3998
williambarzee@barzeeflores.com

*Counsel for Defendant Jake Sullivan*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 11th of November, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Brian Stekloff
Brian Stekloff