No. 22-13410-J

# United States Court of Appeals for the Eleventh Circuit

DONALD J. TRUMP

*Appellant,*

v.

HILLARY R. CLINTON, ET. AL.,

*Appellees*

Appeal from the United States District Court for the
Southern District of Florida No. Number 2:22-CV-14102-DMM

## APPELLEE RODNEY JOFFE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Edward.Soto@weil.com

Steven A. Tyrrell
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Steven.Tyrrell@weil.com

*Counsel for Rodney Joffe*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellee Rodney Joffe files this Certificate of Interested Persons and Corporate Disclosure Statement Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.

1. ABC Corporations
2. Aytch, Enjolique Dion
3. Barry, Stephen
4. Barzee, William R.
5. Berkowitz, Sean M.
6. Berman, Joshua Adam
7. Ceresney, Andrew J.
8. Clattenburg, Rachel
9. Clinton, Hillary R.
10. Crenny, Kevin P.
11. Crowley, Shawn Geovjian
12. Danchenko, Igor
13. Democratic National Committee
14. DNC Services Corporation
15. Does' John
16. Dolan, Jr., Charles Halliday

17. Doumar, George R.A.
18. Eisen, Allison
19. Elias, Marc
20. Erickson-Pogorzelski, Anthony
21. Fassbender, Diana Marie
22. Feldman, Maximillian
23. Fels, Adam Seth
24. Fritsch, Peter
25. Fusion GPS
26. Garcez, Isabela M.
27. Garza, Kathryn E.
28. Gillenwater, James E.
29. Greenberg, Gerald Edward
30. Habba, Alina
31. Harrington, Howard J.
32. Hart, Nancy
33. HFAAC, Inc.
34. Houlihan, Michael F.
35. Hunt, Patrick, Honorable
36. Joffe, Rodney
37. Kaplan, Roberta A.

38. Kastrenakes, Eleni Sevasti

39. Kendall, David Evan

40. Levine, Jonathan Edward

41. Levy, Joshua

42. Lipshultz, Zachary Andrew

43. Madaio, Michael T.

44. Markus, David Oscar

45. Martinez, Roberto

46. McNichols, John Marcus

47. Meeks, Katherine Moran

48. Mestitz, Michael

49. Middlebrooks, Donald M. Honorable

50. Monsour, Jr. Franklin George

51. Mook, Robert E.

52. Neuman, Sarah E.

53. Neustar Security Services

54. Neustar, Inc.

55. Ohr, Bruce

56. Ohr, Nellie

57. Olmedo-Rodriguez, Jennifer

58. Orbis Business Intelligence, Ltd.

59. Otterberg, April A.
60. Peacock, Benjamin
61. Perkins Coie, LLC.
62. Pettis, Eugene K.
63. Pinto, Paola
64. Podesta, John
65. Reines, Phillipe
66. Rilley, Wendy B.
67. Roberts, Jared Joseph
68. Sainvil, Akiesha Renee Gilcrist
69. Sasson, Jamie Alan
70. Schar, Reid J.
71. Schultz, Deborah Wasserman
72. Sigler, Geoffrey M.
73. Simpson, Glenn
74. Soto, Edward
75. Southall, Samantha
76. Steele, Christopher
77. Stekloff, Brian L.
78. Sullivan, Jake
79. Sussman, Michael

4

80. Terrell, Stephen R.

81. Ticktin, Peter David

82. Trout, Robert P.

83. Trump, Donald J.

84. Turner, Katherine M.

85. Tyrrell, Steven

86. Warin, Francis Joseph

Respectfully submitted,

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100

*/s/ Steven A. Tyrrell*
Steven A. Tyrrell
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7000
Steven.Tyrrell@weil.com

November 12, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                        */s/ Steven A. Tyrrell*
                                        Steven A. Tyrrell
                                        WEIL, GOTSHAL & MANGES LLP
                                        2001 M Street NW, Suite 600
                                        Washington, DC 20036
                                        (202) 682-7000
                                        Steven.Tyrrell@weil.com

November 12, 2022