UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP,

        Appellant,

  v.

HILLARY R. CLINTON, *et al.*,

        Appellees.

Appeal No. 22-13410-J

APPELLEES DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, AND DEBBIE WASSERMAN SCHULTZ'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Gerald Edward Greenberg
GELBER SCHACHTER & GREENBERG PA
One Southeast Third Avenue
Suite 2600
Miami, FL 33131-1715
Phone: (305) 728-0950
ggreenberg@gsgpa.com

Roberta A. Kaplan
Shawn G. Crowley
KAPLAN HECKER & FINK LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
Phone: (212) 763-0883
rkaplan@kaplanhecker.com
scrowley@kaplanhecker.com

Carmen Iguina González
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Phone: (212) 763-0883
ciguinagonzalez@kaplanhecker.com

*Attorneys for Appellees Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, APPELLEES Democratic National Committee and DNC Services Corporation certify that they are not publicly traded and have no parent corporations and that no publicly held corporation owns more than 10% of their stock.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, APPELLEES Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz certify that the following is a complete list of all interested persons:

ABC Corporations

Aytch Lett, Enjolique D.

Barry, Stephen P.

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Ceresney, Andrew J.

Clattenburg, Rachel

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Greenberg, Gerald Edward

Habba, Alina

Harrington, Howard J.

Hart, Nancy E.

HFACC, Inc.

Houlihan, Michael F.

Hunt, Hon. Patrick

Iguina González, Carmen

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Klauber, Debra Potter

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Hon. Donald M.

Monsour, Franklin George, Jr.

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha Renee Gilcrist

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Debbie Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussman, Michael

Terrell, Stephen R.

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

*Trump v. Clinton*, No. 22-13410

                                    Respectfully submitted,

Dated: November 15, 2022    By:    */s/ Gerald Edward Greenberg*
                                                  Gerald Edward Greenberg
                                                  GELBER SCHACHTER & GREENBERG PA
                                                  One Southeast Third Avenue
                                                  Suite 2600
                                                  Miami, FL 33131-1715
                                                  Phone: (305) 728-0950

                                                  Roberta A. Kaplan
                                                  Shawn G. Crowley
                                                  KAPLAN HECKER & FINK LLP
                                                  350 5th Avenue, 63rd Floor
                                                  New York, NY 10118
                                                  Phone: (212) 763-0883
                                                  rkaplan@kaplanhecker.com
                                                  scrowley@kaplanhecker.com

                                                  Carmen Iguina González
                                                  Kaplan Hecker & Fink LLP
                                                  1050 K Street NW, Suite 1040
                                                  Washington, D.C. 20001
                                                  Phone: (212) 763)-0883
                                                  ciguinagonzalez@kaplanhecker.com

                                                  *Attorneys for Appellees Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Gerald Edward Greenberg*
Gerald Edward Greenberg

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the court's CM/ECF system, which will send by e-mail a notice of docketing activity to all counsel of record.

<em>/s/ Gerald Edward Greenberg</em><br>
Gerald Edward Greenberg