IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump,<br><br>　　　　Plaintiff/Appellant,<br><br>　v.<br><br>Hillary R. Clinton *et al.*,<br><br>　　　　Defendants/Appellees. | Appeal No. 22-13410-J |

### APPELLEE IGOR DANCHENKO'S
### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Igor Danchenko submits this notice stating that he is aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; and Neustar Security Services; and by Appellant Donald J. Trump.

Dated: November 15, 2022　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Franklin Monsour Jr.
　　　　　　　　　　　　　　　　　　　Orrick, Herrington & Sutcliffe LLP
　　　　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　Tel.:  212-506-3512
　　　　　　　　　　　　　　　　　　　fmonsour@orrick.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant-Appellee Igor Danchenko*

## CERTIFICATE OF SERVICE

I certify that, on November 15, 2022, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

 /s/ Franklin Monsour Jr.
Franklin Monsour Jr.
