No. 22-13410

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP,

*Plaintiff-Appellant*,

v.

HILLARY R. CLINTON, DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC., DNC SERVICES CORPORATION, PERKINS COIE, LLC, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Southern District of Florida
No. 2:22-cv-14102-DMM (Hon. Donald M. Middlebrooks)

**APPELLEE PERKINS COIE LLP'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| Nancy E. Hart | F. Joseph Warin |
| GIBSON, DUNN & CRUTCHER LLP | Katherine Moran Meeks |
| 200 Park Avenue | GIBSON, DUNN & CRUTCHER LLP |
| New York, NY 10166 | 1050 Connecticut Avenue, N.W. |
| (212) 351-4000 | Washington, DC 20036 |
| | (202) 955-8500 |

*Counsel for Appellee Perkins Coie LLP*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

**A.     Certificate of Interested Persons**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, counsel for appellee Perkins Coie LLP[1] certifies that the Certificate of Interested Persons filed by appellee Hillary R. Clinton on October 28, 2022, is correct and complete, except for three newly appearing attorneys:

Binnall, Jesse R.

Gonzalez, Carmen Iguina

Klauber, Debra Potter

**B.     Corporate Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, appellee Perkins Coie LLP states that it is a limited liability partnership without a parent corporation and that no publicly held corporation owns 10% or more of its stock.

---

[1] Appellee was incorrectly named as "Perkins Coie, LLC" in both the original and first amended complaint.

Dated: November 15, 2022

Respectfully submitted,

*/s/ Nancy E. Hart*

F. Joseph Warin
Katherine Moran Meeks
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
(202) 955-8500

Nancy E. Hart
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
(212) 351-4000

*Counsel for Appellee Perkins Coie LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2022, a true and correct copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was served via this Court's CM/ECF system on all counsel of record.

Dated: November 15, 2022                    */s/ Nancy E. Hart*
                                                           Nancy E. Hart