IN THE UNITED STATES COURT OF APPEALS FOR
THE ELEVENTH CIRCUIT

Donald J. Trump,

                Plaintiff/Appellant,

    v.

Hillary R. Clinton *et al.*,

                Defendants/Appellees.

Appeal No. 22-13410-J

## APPELLEE CHARLES HALLIDAY DOLAN JR.'S
## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee, Charles Halliday Dolan Jr. ("Dolan"), submits this notice stating that besides himself, George R.A. Doumar, Esquire, Counsel for Dolan, is an interested party in this matter. He is aware of no other individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by the other Appellees in this matter and by Appellant Donald J. Trump.

Dated: November 15, 2022

Respectfully Submitted,

 /s/ Jonathan E. Levine
Florida Bar No. 937711
Mahdavi Bacon Halfhill & Young, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia, 22030
Tel: (703) 352-1300
Fax: (703) 352-1301
Email: jlevine@mbhylaw.com

*Attorney for Appellee, Charles H. Dolan, Jr.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on November 15, 2022, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

 /s/ Jonathan E. Levine
Jonathan E. Levine