## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Donald J. Trump,

                Plaintiff/Appellant,

    v.

Hillary R. Clinton *et al.*,

                Defendants/Appellees.

Appeal No. 22-13410

### APPELLEE ROBERT MOOK CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

      Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Robert Mook submits this notice stating that he is aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; Neustar, Inc.; Neustar Security Services; Marc Elias; Michael Sussman; Fusion GPS; Glenn Simpson; Peter Frisch; Bruce Ohr; Nellie Ohr; Jake Sullivan; Rodney Joffe; HFACC, Inc.; and John Podesta; and by Appellant Donald J. Trump. Mr. Mook further states that the correct spelling of the last name of his undersigned counsel is "Reilly" (which was inadvertently misspelled "Rilley" in certain of the previously filed disclosure statements).

Dated: November 15, 2022

Respectfully submitted,

/s/     Wendy B. Reilly
Andrew J. Ceresney
Wendy B. Reilly
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
aceresney@debevoise.com
wbreilly@debevoise.com

/s/      William R. Barzee
William R. Barzee
BARZEE FLORES
Courthouse Center, Penthouse One
40 NW Third Street
Miami, FL 33128
(305) 374–3998
williambarzee@barzeeflores.com

*Counsel for Defendant/Appellee Robert Mook*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 15th of November, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/      Wendy B. Reilly
Wendy B. Reilly