UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald J. Trump,

        Appellant,

v.

Hillary R. Clinton *et al.*,

        Appellees.

Appeal No. 22-13410-HH

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

    Debevoise & Plimpton LLP
    66 Hudson Boulevard
    New York, New York 10001
    (212) 909-6000

Please direct any hard copy service to us at our new address.

Dated: New York, New York
        January 18, 2023

        DEBEVOISE & PLIMPTON LLP

        By:  /s/ *Wendy B. Reilly*
            DEBEVOISE & PLIMPTON LLP
            Andrew J. Ceresney
            Wendy B. Reilly
            66 Hudson Boulevard
            New York, New York 10001
            (212) 909-6000
            aceresney@debevoise.com
            wbreilly@debevoise.com

        *Attorneys for Appellee Robert E. Mook*