# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

DONALD TRUMP,

     Appellant,

v.

HILLARY CLINTON, et al.,

     Appellees.

**Cons. Nos: 22-13410-HH; 22-14099-HH**

### Appellants' Amended Certificate of Interested Persons and Corporate Disclosure Statement

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH

Appellants Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group file this Amended Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1. Appellants certify that this is a complete list.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates (**ADDED**)

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R. (**ADDED**)

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John **(ADDED)**

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M (**ADDED**)

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

Terrell, Stephen R.

The Ticktin Law Group (**ADDED**)

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America (**ADDED**)

Warin, Francis Joseph


**Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.**

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH

Dated: February 12, 2023                    Respectfully, submitted

                                            /s/ Jared J. Roberts
                                            Jared J. Roberts
                                            BINNALL LAW GROUP, PLLC
                                            717 King Street, Suite 200
                                            Alexandria, Virginia 22314
                                            Phone: (703) 888-1943
                                            Fax: (703) 888-1930
                                            Email: jared@binnall.com

                                            *Counsel for Appellants*

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2023, a copy of the foregoing

was filed with the Clerk of the Court using the Court's CM/ECF system, which will

send a copy to all counsel of record.

/s/ Jared J. Roberts
Jared J. Roberts