# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| DONALD TRUMP,<br><br>Appellant,<br><br>v.<br><br>HILLARY CLINTON, et al.,<br><br>Appellees. | **Cons. Nos: 22-13410-HH; 22-14099-HH** |
| DONALD TRUMP, et al.,<br><br>Appellants,<br><br>v.<br><br>HILLARY CLINTON, et al.,<br><br>Appellees. | **No: 23-10387-J** |

## MOTION FOR CONSOLIDATION OF ALL APPEALS

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH
*Donald Trump, et al. v. Hillary Clinton, et al.*, No. 23-10387-J

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group include this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1. Appellants certify that this is a complete list.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

C-1 of 7

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH
*Donald Trump, et al. v. Hillary Clinton, et al.*, No. 23-10387-J

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH
*Donald Trump, et al. v. Hillary Clinton, et al.*, No. 23-10387-J

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH
*Donald Trump, et al. v. Hillary Clinton, et al.*, No. 23-10387-J

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH
*Donald Trump, et al. v. Hillary Clinton, et al.*, No. 23-10387-J

Muha, Christopher

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH
*Donald Trump, et al. v. Hillary Clinton, et al.*, No. 23-10387-J

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

Terrell, Stephen R.

*Donald Trump v. Hillary Clinton, et al.*, Cons. Nos. 22-13410-HH; 22-14099-HH
*Donald Trump, et al. v. Hillary Clinton, et al.*, No. 23-10387-J

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

     Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.

## MOTION FOR CONSOLIDATION OF APPEALS
## AND FOR A NEW BRIEFING SCHEDULE

Appellants Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, by and through counsel, hereby move this Court to consolidate their respective appeals pursuant to Fed. R. App. P. 3(b), and to set a new briefing schedule to allow for Appellants to fully brief the arguments of a consolidated appeal. The clerk of this Court may consolidate these appeals pursuant to 11th Cir. R. 27-1(c)(4). In turn, a new briefing schedule is required for the consolidated appeal. Further, pursuant to 11th Cir. R. 31-1(b), when a motion to consolidate is pending, prior to the briefing due date of one of the appeals at issue, then briefing is due 40 days after the resolution of the motion. Thus, regardless of the Court's ruling on this motion, a new briefing schedule is needed in all appeals.

On October 11, 2022, Appellant Donald J. Trump filed his notice of appeal of the District Court's order granting Appellee's motion to dismiss, now docketed at 22-13410. Subsequently, on December 9, 2022, Appellants Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group filed their notice of appeal of the District Court's order granting sanctions against them, now docketed at 22-14099. This Court consolidated both appeals into one on January 13, 2023, with the new docket number being 22-13410-HH; 22-14099-HH.

Recently, the District court entered an additional sanctions order against Appellants Alina Habba, Habba Madaio & Associates, and Donald J. Trump. In turn, Appellants filed their notice of appeal of the District Court's order on February 6, 2023, and this appeal is now docketed at 23-10387-J.

This motion is made on the grounds that the questions involved in both appeals, the consolidated appeal and the most recent sanctions appeal, are so related as to make consolidation of the appeals advisable and that such consolidation will expedite the consideration of the appeals while also conserving judicial and legal resources.

The underlying issues in both appeals center on the viability of the legal claims in President Trump's Amended Complaint. In its first sanctions order, prompting the appeal originally docketed at 23-14099 prior to consolidation, the District Court held that sanctions were appropriate because the claims in President Trump's Amended Complaint had no reasonable chance of success, and there was not a reasonable argument to change existing law. Exhibit A at 9. The District Court then went on to say that each claim was frivolous and well-settled. *Id.* at 14. President Trump's appeal of the District Court's order granting the motion to dismiss, originally docketed at 22-13410 prior to consolidation, focuses on showing that the claims were not frivolous. *See generally* Exhibit B. In the most recent sanctions order in the District Court, now docketed on appeal at 23-10387-J, Appellants likewise

must show that the claims were not frivolous and had merit. *See generally* Exhibit C. Judicial economy would be best served by hearing this issue just once, as opposed to in multiple appeals, as the outcome of one issue that ultimately hinges on the outcome of the other.

This motion is in the best interest of judicial economy and will expedite the consideration of all appeals. Accordingly, Appellants Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group respectfully request that this Court grant their motion to consolidate the instant appeals. Appellants further request that this Court modify the current briefing schedules so that Appellants may properly brief the newly consolidated appeal and have sufficient time to file their briefs pending the resolution of this motion, according to 11th Cir. R. 31-1. Appellants conferred with Appellees' counsel regarding the relief sought in this motion and all responding parties did not lodge any objections, including Ms. Clinton's counsel.

Dated: February 12, 2023              Respectfully, submitted

                                      /s/ Jared J. Roberts
                                      Jared J. Roberts
                                      BINNALL LAW GROUP, PLLC
                                      717 King Street, Suite 200
                                      Alexandria, Virginia 22314
                                      Phone: (703) 888-1943
                                      Fax: (703) 888-1930
                                      Email: jared@binnall.com

*Counsel for Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(a) because this document contains 654 words.

Undersigned counsel further certifies that this document this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and Baskerville font.

Dated: February 12, 2022                                             Respectfully Submitted,

/s/Jared J. Roberts
Jared J. Roberts

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared J. Roberts　　　
Jared J. Roberts
