# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                                        Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                        Defendants-Appellees.

2                                Order of the Court                             22-13410

_____

No. 22-14099

_____

DONALD J. TRUMP,

                                                                                  Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                                                   Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

                                                                                 Defendants,

22-13410                Order of the Court                3

CHARLES HALLIDAY DOLAN JR.,

                                          Defendant-Appellee.

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                          Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                          Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,

4                      Order of the Court                      22-13410

DEBORAH WASSERMAN SCHULTZ, et al.,

                                                                            Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                                                   Defendants.

_____

Appeals from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

     Plaintiff-Appellant's motion to exceed the word limitation is GRANTED to the extent he is granted leave to file the principal brief he docketed in this appeal on June 9, 2023.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE