No. 22-13410-HH (L), 22-14099-HH, 23-10387-J

# In the United States Court of Appeals for the Eleventh Circuit

---

DONALD J. TRUMP, et al.,
Appellants

*v.*

HILLARY R. CLINTON, et al.,
Appellees

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(CIV. NO. 2:22-CV-14102-DMM)
(THE HONORABLE DONALD M. MIDDLEBROOKS, J.)*

---

**CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE
APPELLANTS' MOTION FOR JUDICIAL NOTICE**

---

DAVID OSCAR MARKUS
MARKUS/MOSS PLLC
*40 NW THIRD STREET
PENTHOUSE ONE
MIAMI, FLORIDA 33128
(305) 379-6667
dmarkus@markuslaw.com*

DAVID E. KENDALL
KATHERINE M. TURNER
MICHAEL J. MESTITZ
WILLIAMS & CONNOLLY LLP
*680 MAINE AVE SW
WASHINGTON, DC 20024
(202) 343-5000
dkendall@wc.com
kturner@wc.com
mmestitz@wc.com*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, the following persons have or may have an interest in the outcome of this case or appeal:

Akerman LLP

Barry, Stephen

Barzee Flores

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall Law Group PLLC

Binnall, Jesse R.

Bosworth, Michael S.

Buchanan Ingersoll & Rooney PC

Ceresney, Andrew J.

Clattenburg, Rachel

Clifford Chance US LLP

Clinton, Hillary R.

Colson Hicks Eidson

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Debevoise & Plimpton LLP

Democratic National Committee

DNC Services Corporation

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fridman Fels & Soto PLLC

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gelber Schachter & Greenberg, PA

Gibson Dunn & Crutcher, LLP

Gillenwater, James E.

Greenberg Traurig P.A.

Greenberg, Gerald Edward

Habba Madaio & Associates LLP

Habba, Alina

Haliczer Pettis & Schwamm, PA

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Holland & Knight, LLP

Houlihan, Michael F.

Hunt, Patrick, Honorable

Iguina González, Carmen

Jenner & Block, LLP

Joffe, Rodney

Kaplan Hecker & Fink, LLP

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kesl, Garrett Edward

Latham & Watkins LLP

Lett, Enjoliqué Dion A.

Levine, Jonathan Edward

Levy Firestone Muse LLP

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Mahdavi Bacon Halfhill & Young PLLC

Markus, David Oscar

Markus/Moss PLLC

Martinez, Roberto

McCarthy, John J.

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Franklin George, Jr.

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Orrick Herrington & Sutcliffe, LLP

Otterberg, April A.

Peacock, Benjamin

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha

Sasson, Jamie Alan

Schar, Reid J.

Schertler Onorato Mead & Sears LLP

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Stekloff, Brian L.

The Law Office of Joshua A. Berman, LLC

Ticktin Law Group, PA

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

U.S. Attorney Service - Southern District of Florida

Warin, Francis Joseph

Weil Gotshal & Manges LLP

Wilkinson Stekloff LLP

Williams & Connolly LLP

**CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE APPELLANTS' MOTION FOR JUDICIAL NOTICE**

Appellees Hillary Clinton, Fusion GPS, Glenn Simpson, Peter Fritsch, Neustar Inc., Neustar Security Services, Rodney Joffe, Perkins Coie LLP, Marc Elias, Michael Sussmann, the Democratic National Committee, DNC Services Corporation, Debbie Wasserman Schultz, HFACC, Inc., John Podesta, Jake Sullivan, Robert Mook, Igor Danchenko, Charles Halliday Dolan, Jr., Bruce Ohr, Nellie Ohr, and Orbis Business Intelligence Ltd. move for a 21-day extension of time to file their opposition to appellants' motion for judicial notice. Appellants consent to the requested extension.

Appellees' opposition to the motion is due on June 20, 2023; the requested extension would make the opposition due on July 11, 2023. Good cause exists for the extension of time due to the number of appellees involved, who intend to respond jointly to the motion for this Court's convenience but who require time to coordinate on a joint opposition. No prior request for extension of time has been made to respond to appellants' motion.

June 15, 2023  Respectfully submitted,

/S/ DAVID OSCAR MARKUS
MARKUS/MOSS PLLC
*40 NW Third Street*
*Penthouse One*
*Miami, Florida 33128*
*(305) 379-6667*
*dmarkus@markuslaw.com*

DAVID E. KENDALL
KATHERINE M. TURNER
MICHAEL J. MESTITZ
WILLIAMS & CONNOLLY LLP
*680 Maine Ave SW*
*Washington, DC 20024*
*(202) 343-5000*
*dkendall@wc.com*
*kturner@wc.com*
*mmestitz@wc.com*

*Counsel for Appellee Hillary R. Clinton*

## CERTIFICATE OF COMPLIANCE

I CERTIFY that this reply complies with the type-volume limitation of Fed. R. App. P. 27. According to the word processing program with which it was written, the numbered pages of this motion contain 163 words, exclusive of signature block and certificates of counsel.

/s/ David Oscar Markus
David Oscar Markus

## CERTIFICATE OF SERVICE

  I, David Oscar Markus, counsel for Appellee Hillary Clinton and a member of the Bar of this Court, certify that, on June 15, 2023, a copy of the foregoing was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

/s/ David Oscar Markus<br>
David Oscar Markus