

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, D.C. 20530-0001

Tel: (202) 514-3388

June 28, 2023

**By ECF**

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street NW
Atlanta, GA 30303
(404) 335-6100

    Re:    *Trump v. Clinton*, Nos. 22-13410, 22-14099, 23-10387

Dear Mr. Smith:

    We are writing to inform the Court that the United States is not planning to file a brief in these consolidated appeals.

    This case involves tort claims brought against a large number of defendants. The United States previously certified that seven defendants were acting within the scope of their federal employment in undertaking the allegedly tortious conduct. The district court granted the United States' motions to substitute itself as a defendant for those employees and to dismiss the claims against the United States. The court also granted motions to dismiss filed by the remaining defendants and imposed sanctions on plaintiff and his counsel.

    In this appeal, appellants argue that the district court erred in granting the non-federal defendants' motions to dismiss and in imposing sanctions. They present no arguments challenging the district court's substitution of the United States for the federal employee defendants or the court's dismissal of the claims against the United States as substituted. Accordingly, the United States does not plan to file a brief in this appeal.

Sincerely,

MARK B. STERN
JOSHUA M. SALZMAN

/s/ *Sean R. Janda*
SEAN R. JANDA
   Attorneys
   Civil Division, Appellate Staff
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Room 7260
   Washington, D.C. 20530
   (202) 514-3388