# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                                                           Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                           Defendants-Appellees.

2      Order of the Court      22-13410

_____

No. 22-14099

_____

DONALD J. TRUMP,

                             Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                           Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

                             Defendants,

CHARLES HALLIDAY DOLAN JR.,

                           Defendant-Appellee.

22-13410 Order of the Court 3

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                                                      Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                      Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                       Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                                 Defendants.

4                          Order of the Court                         22-13410

_____

Appeals from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

Before JORDAN, JILL PRYOR and GRANT, Circuit Judges.

BY THE COURT:

     Appellant's motion for judicial notice or to stay the appeal pending obtaining an indicative ruling from the district court is GRANTED to the extent that this Court STAYS this appeal pending Appellant seeking an indicative ruling below-within fourteen days of this order.

     Appellant is DIRECTED to file status reports with this Court regarding the proceedings below on the 15th day of each month, beginning on August 15, 2023.