# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DONALD TRUMP, et al.,

    Appellants,

v.

HILLARY CLINTON, et al.,

    Appellees.

**No. 22-13410-HH**
**Cons. With Nos: 22-14099-HH and 23-10387-J**

## APPELLANTS' STATUS REPORT

Pursuant to this Court's instructions in its July 13, 2023, Order, Appellants state the following:

Appellants filed, on July 27, 2023, in the United States District Court for the Southern District of Florida, their motion for indicative ruling based upon new evidence. ECF No. 331, *Trump v. Clinton et al.*, No 2:22-cv-14102-DMM (S.D. Fla. July 27, 2023). On August 10, 2023, several Appellees and Defendants below filed three responses in opposition to Appellants' Motion for Indicative Ruling. ECF Nos. 332, 333, 334. Appellant's reply in support of the motion is due on August 17, 2023.

Dated: August 15, 2023

Respectfully submitted,

/s/ Jared J. Roberts
Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314

Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
   jared@binnall.com

*Counsel for President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(a) because this document contains 95 words.

Undersigned counsel further certifies that this document this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and Baskerville font.

Dated: August 15, 2023                                          Respectfully submitted,

                                                                /s/ Jared J. Roberts
                                                                Jared J. Roberts

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared J. Roberts
Jared J. Roberts
