# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DONALD TRUMP, et al.,

    Appellants,

v.

HILLARY CLINTON, et al.,

    Appellees.

**No. 22-13410-HH**
**Cons. With Nos: 22-14099-HH and 23-10387-J**

## APPELLANTS' STATUS REPORT

Pursuant to this Court's instructions in its July 13, 2023, Order, Appellants state the following:

On August 15, 2023, Appellants notified this court that on July 27, 2023, in the United States District Court for the Southern District of Florida, Appellants had filed their motion for indicative ruling based upon new evidence. ECF No. 331, *Trump v. Clinton et al.*, No 2:22-cv-14102-DMM (S.D. Fla. July 27, 2023). Further, on August 10, 2023, several Appellees and Defendants had filed three responses in opposition to Appellants' Motion for Indicative Ruling. ECF Nos. 332, 333, 334. Since the August 15, 2023, Status Report, on August 17, 2023, Appellants' filed their reply in support of their motion for indicative ruling. The district court denied Appellants' motion on September 15, 2023. ECF No. 343.

Additionally, Appellants filed a motion to disqualify Judge Middlebrooks on August 14, 2023. Appellees opposed this motion on August 28, 2023, and Appellants filed a reply on September 5, 2023. Likewise, the district court denied Appellants' motion on September 15, 2023. ECF No. 342.

Appellants plan to promptly file a notice of appeal for both of these denial orders. Further, Appellants plan to move to consolidate that appeal with this current consolidated appeal.

Dated: September 15, 2023               Respectfully submitted,

/s/Jesse R. Binnall
Jesse R. Binnall
Jared J. Roberts
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
         jared@binnall.com

*Counsel for Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(a) because this document contains 265 words.

Undersigned counsel further certifies that this document this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and Baskerville font.

Dated: September 15, 2023                                  Respectfully submitted,

                                                           /s/ Jesse R. Binnall
                                                           Jesse R. Binnall

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall