# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DONALD TRUMP, et al.,

    Appellants,

v.

HILLARY CLINTON, et al.,

    Appellees.

**No. 22-13410-HH**
**Cons. With Nos: 22-14099-HH and 23-10387-J**

## APPELLANTS' STATUS REPORT

Pursuant to this Court's instructions in its July 13, 2023, Order, Appellants state the following:

On September 27, 2023, Appellants filed their notice of appeal to the district court's orders denying Appellant's motion for indicative ruling based upon new evidence, ECF No. 343, as well as Appellants' motion for disqualification, ECF No. 342. This appeal is now docketed at 23-13177-J. Appellants plan to promptly move to consolidate the appeal docketed at 23-13177-J with this current consolidated appeal.

Dated: October 16, 2023

Respectfully submitted,

/s/ Jared J. Roberts
Jared J. Roberts
Jesse R. Binnall
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200

Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
jared@binnall.com

*Counsel for Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(a) because this document contains 80 words.

Undersigned counsel further certifies that this document this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and Baskerville font.

Dated: October 16, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jared Roberts
　　　　　　　　　　　　　　　　　　　　　　Jared J. Roberts

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared Roberts
Jared J. Roberts