IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Nos. 22-13410, 22-14099 & 23-10387

Donald J. Trump et al.,

*Appellants*

v.

Hillary R. Clinton et al.,

*Appellees*

On Appeal from the United States District Court
for the Southern District of Florida,
Case No. 22-cv-14102 (Hon. Donald M. Middlebrooks)

## HILLARY R. CLINTON'S RESPONSE TO MOTION FOR EXTENSON OF TIME

David E. Kendall
Kathrine M. Turner
Michael J. Mestitz
WILLIAMS & CONNOLLY LLP
680 Maine Ave S.W.
Washington, DC 20024
Tel:  (202) 434-5000
dkendall@wc.com

David Oscar Markus
MARKUS/MOSS PLLC
40 NW 3rd Street, PH 1
Miami, FL 33128
Tel:  (305) 379-6667
dmarkus@markuslaw.com

*Attorneys for Appellee*
*Hillary R. Clinton*

## CERTIFICATE OF INTERESTED PERSONS

Appellees file this Certificate of Interested Persons listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch Lett, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Ceresney, Andrew J.

Clattenburg, Rachel

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Carmen Iguina

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy E.

HFACC, Inc.

Howard, Eleni Kastrenakes

Hunt, Honorable Patrick

Joffe, Rodney

Kaplan, Roberta A.

Kendall, David Evan

Klauber, Debra Potter

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Honorable Donald M.

Monsour, Jr., Franklin George

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Peacock, Benjamin

Perkins Coie LLP

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha Renee Gilcrist

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussmann, Michael

Terrell, Stephen R.

Ticktin Law Group

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

Counsel for appellee Clinton recently rejected appellants' third request for extension of their briefing date for reasons explained in the accompanying email exchange.  In filing their motion for an extension with this Court, however, appellants have shortened their extension request to a week, provided more information on the medical situation of co-counsel, and represented this will be their final extension request. Accordingly, counsel for appellee Clinton consents to this motion.


Dated:  February 19, 2024                Respectfully submitted,

                                         By: /s/ *David Oscar Markus*
                                         _____


David Oscar Markus                  David E. Kendall
MARKUS/MOSS PLLC                    Katherine M. Turner
40 NW 3rd Street, PH 1              Michael J. Mestitz
Miami, FL 33128                     WILLIAMS & CONNOLLY LLP
Tel:  (305) 379-6667                680 Maine Avenue, S.W.
                                    Washington, DC 20024
                                    Tel:  (202) 434-5000
                                    dkendall@wc.com

*Attorneys for Hillary Rodham Clinton*

## CERTIFICATE OF COMPLIANCE

This opposition complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 70 words.

This opposition also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Century Schoolbook font.

Dated:  February 19, 2024             */s/ David Oscar Markus*
                                      David Oscar Markus

## CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2014 a copy of the foregoing opposition brief was filed with the Clerk of Court using this Court's CM/ECF system, which will serve a copy on all counsel of record.


                                                   */s/ David Oscar Markus*
                                                   David Oscar Markus