IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Nos. 22-13410, 22-14099 & 23-10387

Donald J. Trump et al.,

*Appellants*

v.

Hillary R. Clinton et al.,

*Appellees*

On Appeal from the United States District Court
for the Southern District of Florida,
Case No. 22-cv-14102 (Hon. Donald M. Middlebrooks)

**APPELLEES' JOINT MOTION FOR EXTENSION
OF LENGTH OF BRIEF (UNOPPOSED)**

David E. Kendall
Katherine M. Turner
Michael J. Mestitz
WILLIAMS & CONNOLLY LLP
680 Maine Ave S.W.
Washington, DC 20024
Tel: (202) 434-5000
dkendall@wc.com

David Oscar Markus
MARKUS/MOSS PLLC
40 NW 3rd Street, PH 1
Miami, FL 33128
Tel: (305) 379-6667
dmarkus@markuslaw.com

*Attorneys for Appellee
Hillary R. Clinton*

# CERTIFICATE OF INTERESTED PERSONS

Appellees file this Certificate of Interested Persons listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch Lett, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Ceresney, Andrew J.

Clattenburg, Rachel

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy E.

HFACC, Inc.

Howard, Eleni Kastrenakes

Hunt, Honorable Patrick

Iguina Gonzalez, Carmen

Joffe, Rodney

Kaplan, Roberta A.

Kendall, David Evan

Klauber, Debra Potter

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Honorable Donald M.

Monsour, Jr., Franklin George

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Peacock, Benjamin

Perkins Coie LLP

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha Renee Gilcrist

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussmann, Michael

Terrell, Stephen R.

Ticktin Law Group

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

Wylie, John W.

# APPELLEES' JOINT MOTION FOR EXTENSION OF LENGTH OF BRIEF (UNOPPOSED)

Appellees jointly move this Court to extend the length of Appellees' brief pursuant to 11th Cir. R. 32-4. This case involves several different appeals (involving dismissal, sanctions, and recusal) consolidated into one singular appeal. Appellants filed an enlarged initial brief, and Appellees plan to respond to the common issues in one Answering Brief. Accordingly, Appellees seek to extend the length of their common brief to include 20,000 words, in order to address the common issues fully in a singular brief, in the interest of efficiency for the Court and the parties. Some Appellees will also be filing short separate briefs on specific issues individual to them, such as personal jurisdiction or sanctions.

Appellees therefore respectfully request that this Court grant them leave to file their opening brief with 20,000 words. Undersigned counsel has the authority to make this request on behalf of all Appellees.

Appellees conferred with Appellants' counsel regarding the relief sought in this motion and they consent to this request.

Dated: April 12, 2024                    Respectfully submitted,

                                         By: /s/ *David Oscar Markus*

David Oscar Markus                       David E. Kendall
MARKUS/MOSS PLLC                         Katherine M. Turner
40 NW 3rd Street, PH 1                   Michael J. Mestitz
Miami, FL 33128                          WILLIAMS & CONNOLLY LLP
Tel: (305) 379-6667                      680 Maine Avenue, S.W.
                                         Washington, DC 20024
                                         Tel: (202) 434-5000
                                         dkendall@wc.com

*Attorneys for Hillary Rodham Clinton*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 172 words.

This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Century Schoolbook font.

Dated: April 12, 2024                    */s/ David Oscar Markus*
                                                   David Oscar Markus

# CERTIFICATE OF SERVICE

I hereby certify that, on April 12, 2024 a copy of the foregoing motion was filed with the Clerk of Court using this Court's CM/ECF system, which will serve a copy on all counsel of record.

*/s/ David Oscar Markus*
David Oscar Markus
