Nos. 22-13410, 23-13177, 23-10536, & 23-10387

# In the United States Court of Appeals for the Eleventh Circuit

**DONALD J. TRUMP, ET AL.,**
*APPELLANTS*

*V.*

**HILLARY R. CLINTON, ET AL.,**
*APPELLEES*

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(CASE NO. 22-CV-14102)
(THE HONORABLE DONALD M. MIDDLEBROOKS, J.)*

**MOTION OF ROBERTA A. KAPLAN TO WITHDRAW AS COUNSEL FOR DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, AND DEBORAH WASSERMAN SCHULTZ**

# CERTIFICATE OF INTERESTED PERSONS

Roberta A. Kaplan files this Certificate of Interested Persons listing the parties and entities interested in this appeal, as required by 11th Circuit Rule 26.1:

ABC Corporations

Aytch Lett, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Ceresney, Andrew J.

Clattenburg, Rachel

Clinton, Hillary R.

Collins Peterson, Anna

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gillenwater, James E.

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy E.

HFACC, Inc.

Howard, Eleni Kastrenakes

Hunt, Honorable Patrick

Iguina Gonzalez, Carmen

Joffe, Rodney

Kendall, David Evan

Klauber, Debra Potter

Klugh, Richard C.

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Honorable Donald M.

Monsour, Jr., Franklin George

Mook, Robert E.

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Peacock, Benjamin

Perkins Coie LLP

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Philippe

Reilly, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha Renee Gilcrist

Sasso, James N.

Sasson, Jamie Alan

Schar, Reid J.

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussmann, Michael

Terrell, Stephen R.

Ticktin Law Group

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

Wylie, John W.

# MOTION TO WITHDRAW AS COUNSEL

Roberta A. Kaplan respectfully moves this Court for an order permitting her to withdraw as counsel for Appellees Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz in the consolidated appeals and to remove her name from the list of CM/ECF notice recipients. As of July 8, 2024, Ms. Kaplan is no longer a member of Kaplan Hecker & Fink LLP (now known as Hecker Fink LLP). Neither this Court nor any party will be prejudiced by her withdrawal, and Appellees Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz will continue to be represented by Shawn G. Crowley, Maximillian Feldman, Carmen Iguina Gonzalez, and Anna Collins Peterson of Hecker Fink LLP.

Dated: August 13, 2024	Respectfully submitted,

/s/ Roberta A. Kaplan
Roberta A. Kaplan
KAPLAN MARTIN LLP
156 West 56th Street
Suite 207
New York, NY 10019
(212) 316-9500
rkaplan@kaplanmartin.com

*Counsel for Defendants*
*Democratic National Committee,*
*DNC Services Corporation, and*
*Deborah Wasserman Schultz*

1

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 109 words, excluding the parts of the motion exempted by Federal Rules of Appellate Procedure 27(a)(2)(B) and (32)(f).

2. This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Times New Roman font.

Dated: August 13, 2024

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan

## CERTIFICATE OF SERVICE

I, Roberta A. Kaplan, counsel for Appellees Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz and a member of the Bar of this Court, certify that, on August 13, 2024, I caused the foregoing motion to be filed with the Clerk of this Court and served on all counsel of record via this Court's CM/ECF system.

Dated: August 13, 2024

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
