# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Frank M .Johnson, Jr. United States Courthouse<br>**15 Lee Street entrance**<br>Montgomery, Alabama  36104<br>334-954-3790 | HEARING LOCATION<br><br>Courtroom 405<br>Frank M. Johnson, Jr. United States Courthouse<br>One Church Street **(entrance at 15 Lee Street)**<br>MONTGOMERY, ALABAMA<br><br>COURT CONVENES AT 9:00 A.M. (Central Time)<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### MONDAY, NOVEMBER 17, 2025
### (COURT WILL CONVENE AT 1:00 P.M. FOR MONDAY ONLY\*\*)

| | |
|---|---|
| 24-13312 | United States, Appellant v. Erika Day |
| 24-11586 | Elena Mukhina, Appellant v. Walmart, Inc. |
| 24-10120 | Santori Little, et al., Appellants v. The City of Valley, Alabama, et al. |
| 24-11099 | Elnoria Howell, Appellant v. Baldwin County Board of Education, et al. |

### TUESDAY, NOVEMBER 18, 2025

| | |
|---|---|
| 22-13410 | Donald J. Trump, Appellant v. Hillary R. Clinton, et al., (Consolidated with 22-14099, Alina Habba, et al., Appellants v. Charles Halliday Dolan Jr., 23-10387, Donald J. Trump, et al., Appellants v. Hillary R. Clinton, et al., and 23-13177, Donald J. Trump, et al., Appellants v. Hillary R. Clinton, et al.) |
| 24-13138 | A.B., Appellant v. David Barrow, et al. |
| 24-12547 | C.W., Appellant v. Steve Smith, et al. |
| 24-11396 | Amanali Babwari v. State Farm Fire and Casualty Company |

### WEDNESDAY, NOVEMBER 19, 2025

| | |
|---|---|
| 23-13973 | United States v. Andre Franklin, Appellant |
| 24-11128 | Estella Curry, Appellant v. Warden |
| 24-12167 | Racheal Gantt v. Deputy Everett, Appellant |
| 24-11069 | Davita Key v. Dynamic Security, Inc., Appellant (Consolidated with 24-11126, Davita Key, Appellant v. Hyundai Motor Manufacturing Alabama, LLC, et al.) |

### THURSDAY, NOVEMBER 20, 2025

| | |
|---|---|
| 24-11427 | United States v. John Thomas, Appellant |
| 23-12536 | Teresa Boyd, Appellant v. U.S. Postmaster General |
| 24-13501 | Geoffrey Wanjohi, et al. v. Arzaan Food Mart, LLC, Appellant |
| 24-11100 | APM Terminals Mobile, LLC v. International Longshoremen's Association, AFL-CIO, Local Union 1410, Appellant |

**\*\*Counsel appearing on Monday, November 18, 2025, should check in with the courtroom deputy no later than 12:30 p.m.

COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
09/05/25 - #3