| REVISION 1 | UNITED STATES COURT OF APPEALS |
| (09/25/25) | FOR THE ELEVENTH CIRCUIT |

---

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office
Hugo Black Federal Courthouse
**1729 Fifth Avenue North**
Birmingham, Alabama 35203

HEARING LOCATION

Courtroom 8
Hugo Black Federal Courthouse
1729 Fifth Avenue North (8th Floor)
BIRMINGHAM, ALABAMA

COURT CONVENES AT 9:00 A.M. (Central Time)
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### MONDAY, NOVEMBER 17, 2025
### (COURT WILL CONVENE AT 1:00 P.M. FOR MONDAY ONLY\*\*)

| | |
|---|---|
| 24-13312 | United States, Appellant v. Erika Day |
| 24-11586 | Elena Mukhina, Appellant v. Walmart, Inc. |
| 24-10120 | Santori Little, et al., Appellants v. The City of Valley, Alabama, et al. |
| 24-11099 | Elnoria Howell, Appellant v. Baldwin County Board of Education, et al. |

### TUESDAY, NOVEMBER 18, 2025

| | |
|---|---|
| 22-13410 | Donald J. Trump, Appellant v. Hillary R. Clinton, et al., (Consolidated with 22-14099, Alina Habba, et al., Appellants v. Charles Halliday Dolan Jr., 23-10387, Donald J. Trump, et al., Appellants v. Hillary R. Clinton, et al., and 23-13177, Donald J. Trump, et al., Appellants v. Hillary R. Clinton, et al.) |
| 24-13138 | A.B., Appellant v. David Barrow, et al. |
| 24-12547 | C.W., Appellant v. Steve Smith, et al. |
| 24-11396 | Amanali Babwari v. State Farm Fire and Casualty Company |

### WEDNESDAY, NOVEMBER 19, 2025

| | |
|---|---|
| 23-13973 | United States v. Andre Franklin, Appellant |
| 24-11128 | Estella Curry, Appellant v. Warden |
| 24-12167 | Racheal Gantt v. Deputy Everett, Appellant |
| 24-11069 | Davita Key v. Dynamic Security, Inc., Appellant (Consolidated with 24-11126, Davita Key, Appellant v. Hyundai Motor Manufacturing Alabama, LLC, et al.) |

### THURSDAY, NOVEMBER 20, 2025

| | |
|---|---|
| 24-11427 | United States v. John Thomas, Appellant |
| 23-12536 | Teresa Boyd, Appellant v. U.S. Postmaster General |
| 24-13501 | Geoffrey Wanjohi, et al. v. Arzaan Food Mart, LLC, Appellant |
| 24-11100 | APM Terminals Mobile, LLC v. International Longshoremen's Association, AFL-CIO, Local Union 1410, Appellant |

---

**\*\*Counsel appearing on Monday, November 17, 2025, should check in with the courtroom deputy no later than 12:30 p.m.**

<span style="color:red">COUNSEL MUST REPORT TO THE COURTROOM AND CHECK IN WITH COURTROOM DEPUTY PRIOR TO 8:30 AM ON MORNING OF ORAL</span>

ATLANTA, GEORGIA
09/05/25 - #3