# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410
_____

DONALD J. TRUMP,

                                          *Plaintiff-Appellant,*

versus

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                          *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM
_____

2                                                                                    22-13410

_____
No. 23-10387
_____

DONALD J. TRUMP,

                                                                  *Plaintiff-Appellant,*

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                                 *Interested Parties-Appellants,*

versus

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                     *Defendants-Appellees,*

PERKINS COIE, LLC, et al.,

                                                                 *Defendants.*

_____
Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM
_____

_____
No. 23-13177
_____

DONALD J. TRUMP,

22-13410 3

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                 *Plaintiffs-Appellants,*

versus

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                 *Defendants-Appellees,*

JAMES COMEY, et al.,

                 *Defendants.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM
_____

_____

No. 22-14099
_____

DONALD J. TRUMP,

                 *Plaintiff,*

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                                        *Plaintiffs-Appellants*

versus

HILLARY R. CLINTON, et al.,

                                                        *Defendants,*

CHARLES HALLIDAY DOLAN JR.,

                                                        *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 26, 2025

For the Court: DAVID J. SMITH, Clerk of Court