Nos. 22-13410, 22-14099, 23-10387, & 23-13177

# In the United States Court of Appeals for the Eleventh Circuit

DONALD J. TRUMP, ET AL.,
*APPELLANTS*

*v.*

HILLARY R. CLINTON, ET AL.,
*APPELLEES*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
*(CASE NO. 22-CV-14102)*
*(THE HONORABLE DONALD M. MIDDLEBROOKS, J.)*

**SANCTIONS APPELLEES' MOTION
REGARDING CONTENTS OF THE MANDATE**

DAVID OSCAR MARKUS
MARKUS/MOSS PLLC
 *40 NW 3rd Street, PH 1*
 *Miami, FL 33128*
 *(305) 379-6667*

DAVID E. KENDALL
KATHERINE M. TURNER
WILLIAMS & CONNOLLY LLP
 *680 Maine Avenue, S.W.*
 *Washington, DC 20024*
 *(202) 434-5000*

*Counsel for Sanctions Appellee Hillary Clinton*

*Additional Sanctions Appellees' Counsel listed in the signature block*

Because this Court affirmed the district court's judgments imposing Rule 11 and inherent-powers sanctions, Federal Rule of Appellate Procedure 37(a) provides that "whatever interest is allowed by law is payable from the date when the district court's judgment was entered." However, for the avoidance of doubt, and to avoid further, unnecessary proceedings, the Sanctions Appellees respectfully ask the Court to expressly so state in the forthcoming mandate.

28 U.S.C. § 1961 provides that "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court." This includes sanctions awards. *BankAtlantic v. Blythe Eastman Paine Webber, Inc.*, 12 F.3d 1045, 1052–53 (11th Cir. 1994) (awarding post-judgment interest after appeal from sanctions award); *Ctr. for Individual Rts. v. Chevaldina*, No. 16-cv-20905, 2023 WL 3778244, at *2 (S.D. Fla. Mar. 22, 2023) (same).

Under Federal Rule of Appellate Procedure 37(a), "if a money judgment in a civil case is affirmed, whatever interest is allowed by law is payable from the date when the district court's judgment was entered." If, however, the appellate "court modifies or reverses a judgment with a direction that a money judgment be entered in the district court, the

1

mandate must contain instructions about the allowance of interest." Fed. R. App. P. 37(b).

Federal Rule of Civil Procedure 54(a) defines "judgment" as including a "decree and any order from which an appeal lies." Each separate order Appellants appealed are therefore separate "judgments." And because the Court affirmed the district court's money judgments as to sanctions, Rule 37(a) applies here, and post-judgment interest is payable from the date of the district court's November 10, 2022, Rule 11 sanctions order (as to Sanctions Appellee Charles Dolan) and its January 19, 2023, inherent-powers sanctions order (as to the other Sanctions Appellees).

The Court's modification of the district court's *separate* judgment regarding Orbis's dismissal with prejudice is irrelevant to the accrual of post-judgment interest on the sanctions awards. However, Appellants may attempt to argue that, in light of the Court's modification of that separate judgment, Federal Rule of Appellate Procedure 37(b) requires that "the mandate must contain instructions about the allowance of interest." This argument would be contrary to the text of Section 1961 and Rule 37, each of which refers to the entitlement of interest on, and

affirmance of, individual "money judgment[s]." The argument would also be contrary to case law. *See Bancamerica Com. Corp. v. Mosher Steel of Kansas, Inc.*, 103 F.3d 80, 82 (10th Cir. 1996) (appellate modification of one judgment on appeal did not affect the time of accrual for post-judgment interest on other judgments). It would, in other words, be "frivolous." *Trump v. Clinton*, 161 F.4th 671, 690 (11th Cir. 2025).

Regardless, the Court can avoid any potential dispute by including in the mandate an express instruction that post-judgment interest runs from the dates of the underlying sanctions orders. Including that language now will comply with Rule 37(b) and obviate further, unnecessary proceedings that would waste judicial and party resources. *See Bancamerica*, 103 F.3d at 81 n.1 (observing that recall and reformation of the mandate is appropriate if the mandate does not comply with Rule 37). Appellants oppose this motion.

Accordingly, for the reasons stated herein, Sanctions Appellees respectfully request that this Court include an express instruction in the mandate that post-judgment interest runs from the dates of the underlying sanctions orders.

Dated:  January 28, 2026

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ David Oscar Markus
David Oscar Markus
  (Fla. Bar No. 119318)
MARKUS/MOSS PLLC
40 NW 3rd Street, PH 1
Miami, FL 33128
Tel:  (305) 379-6667

By: */s/ David E. Kendall*
David E. Kendall
Katherine M. Turner
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel:  (202) 434-5000
Fax:  (202) 434-5029
dkendall@wc.com
kturner@wc.com

*Attorneys for Hillary Rodham Clinton*

/s/ Robert P. Trout
Robert P. Trout
Paola Pinto (Fla. Bar No. 1013933)
SCHERTLER ONORATO MEAD
& SEARS
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004
Tel:  (202) 628-4155
rtrout@schertlerlaw.com
ppinto@schertlerlaw.com

*Attorneys for HFACC, Inc. and John Podesta*

/s/ Gerald Edward Greenberg
Gerald E. Greenberg
Florida Bar No. 440094
ggreenberg@gsgpa.com
GELBER SCHACHTER
&GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue,
Suite 2600
Miami, FL 33131-1715
Tel: (305) 728-0950
efilings@gsgpa.com

/s/ Shawn G. Crowley
Shawn G. Crowley
Anna Collins Peterson
HECKER FINK LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
scrowley@heckerfink.com
apeterson@heckerfink.com

*Attorneys for Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

/s/ Jonathan Edward Levine
Jonathan Edward Levine
 (Fla. Bar No. 937711)
LEVINE & ASSOCIATES, PLLC
5311 Lee Highway
Arlington, VA 22207
Tel: (703) 525-2669
jlevine@mbhylaw.com

/s/ George R.A. Doumar
George R.A. Doumar
DOUMAR MARTIN PLLC
1530 Wilson Blvd
Suite 1060
Arlington, VA 22209
Tel: (703) 352-1300
gdoumar@doumarmartin.com

*Attorneys for Charles Halliday Dolan, Jr.*

/s/ Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
Andrew J. Ceresney
Wendy B. Reilly
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000
aceresney@debevoise.com
wbreilly@debevoise.com

*Attorneys for Robert E. Mook*

| /s/ Adam S. Fels | /s/ Joshua A. Levy |
|---|---|
| Adam S. Fels | Joshua A. Levy |
| FRIDMAN FELS & SOTO PLLC | Rachel Clattenburg |
| 2525 Ponce de Leon Blvd. | Kevin P. Crenny |
| Suite 750 | LEVY FIRESTONE MUSE LLP |
| Coral Gables, FL 33134 | 900 17th St. NW, Suite 605 |
| Tel: 305-569-7701 | Washington, D.C. 20006 |
| afels@ffslawfirm.com | Tel: 202-845-3215 |
| | jal@levyfirestone.com |
| | rmc@levyfirestone.com |
| | kcrenny@levyfirestone.com |

*Attorney for Fusion GPS, Peter Fritsch, and Glenn Simpson*

/s/ Joshua Berman
Joshua Berman

2011 K Street, NW
Washington, D.C. 20006
Tel. (202) 912-5000
Fax (202) 912-6000
Joshua.Berman@CliffordChance.com

/s/ Benjamin Peacock
Benjamin Peacock
CLIFFORD CHANCE US LLP
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375
Benjamin.Peacock@CliffordChance.com

/s/ Adam Fels
Adam Fels
  (Fla. Bar No. 0114917)
FRIDMAN FELS &
SOTO, PLLC
2525 Ponce de Leon Blvd.,
Suite 750
Coral Gables, FL 33134
Tel. (305) 569-7701
Afels@ffslawfirm.com

*Attorneys for Bruce Ohr and Nellie Ohr*

/s/ Franklin Monsour Jr.
Franklin Monsour Jr.
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, NY 10017-3852
Tel: (212) 547-5554
fmonsour@mwe.com

*Attorneys for Igor Danchenko*

/s/ Samantha L. Southall
Samantha L. Southall
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Tel: (215) 665 8700
Fax (215) 667 8760
samantha.southall@bipc.com

/s/ Jennifer Olmedo Rodriguez
Jennifer Olmedo Rodriguez
 (Fla. Bar No. 605158)
BUCHANAN INGERSOLL & ROONEY PC
2 South Biscayne Blvd.
Suite 1500
Miami, Florida 33131
Tel: (305) 347 4080
jennifer.olmedo-rodriguez@bipc.com

*Attorneys for Neustar, Inc.*

/s/ Allison S. Eisen
Allison S. Eisen
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, D.C. 20024
Tel: (202) 434-5000
aeisen@wc.com

/s/ James E. Gillenwater
James E. Gillenwater
 (Bar No. 1013518)
GREENBERG TRAURIG P.A.
333 SE 2nd Ave., Suite 4400
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717
gillenwaterj@gtlaw.com

*Attorneys for Neustar Security Services*

/s/ Steven A. Tyrrell
Steven A. Tyrrell
BROWN RUDNICK
1900 N Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 536-1700
Fax: (202) 536-1701
styrell@brownrudnick.com

*Attorneys for Rodney Joffe*

/s/ Akiesha Gilcrist Sainvil
Michael Pratt
Akiesha Gilcrist Sainvil (Fla. Bar No. 1003260)
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717
prattam@gtlaw.com
akiesha.sainvil@gtlaw.com

*Attorneys for Orbis Business Intelligence*

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, David E. Kendall, counsel for appellee Hillary Rodham Clinton and a member of the Bar of this Court, certify, pursuant to Federal Rule of Appellate Procedure 27(d)(2), that the attached Motion is proportionately spaced, has a typeface of 14 points or more, and contains 522 words.

*/s/ David E. Kendall*
David E. Kendall

JANUARY 28, 2026

## CERTIFICATE OF SERVICE

I, David E. Kendall, counsel for appellee Hillary Rodham Clinton and a member of the Bar of this Court, certify that, on January 28, 2026, I electronically filed the foregoing brief with the United States Court of Appeals for the Eleventh Circuit by using the appellate NextGen System. I certify that all participants in the case are registered NexGen users and that service will be accomplished by the appellate NextGen system.

*/s/ David E. Kendall*
David E. Kendall

JANUARY 28, 2026