# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  22-13410-HH
Case Style:  Donald Trump v. Hillary Clinton, et al
District Court Docket No:  2:22-cv-14102-DMM

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:    404-335-6135      Capital Cases:              404-335-6200
CM/ECF Help Desk:    404-335-6125      Cases Set for Oral Argument: 404-335-6141

REHG-1 Ltr Order Petition Rehearing