U.S. COURT OF APPEALS
RECEIVED
CLERK

AUG 0 4 2026

ATLANTA, GA

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 29, 2026

Clerk
United States Court of Appeals for the
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  Donald J. Trump, et al.
v. Hillary R. Clinton, et al.
Application No. 26A134
(Your No. 22-13410, 23-10387, 23-13177, 22-14099)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on July 29, 2026, extended the time to and including September 9, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Richard C. Klugh, Jr.
Ingraham Building
25 S.E. Second Ave., Suite 1100
Miami, FL  33131


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CAPITAL DISTRICT 200

30 JUL 2026 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.78
07/30/2026 ZIP 20543
043M31266310

US POSTAGE

CLEARED SECURITY

AUG 04 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

30303-229599