U.S. COURT OF APPEALS
RECEIVED
CLERK
SEP 03 2026
ATLANTA, GA

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 27, 2026

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re: Donald J. Trump, et al.
v. Hillary R. Clinton, et al.
Application No. 26A134
(Your No. 22-13410, 23-10387, 23-13177, 22-14099) HH HH HH HH

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Thomas, who on August 27, 2026, extended the time to and including October 9, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk
by

Rashonda Garner
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Richard C. Klugh, Jr.
Ingraham Building
25 S.E. Second Ave., Suite 1100
Miami, FL 33131

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient
FIRST-CLASS MAIL
IMI
$000.78 º
08/28/2026 ZIP 20543
043M31266310
US POSTAGE

CLEARED SECURITY

SEP 03 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

08/28