**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 19, 2026

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re: Donald J. Trump, et al.
v. Hillary R. Clinton, et al.
No. 26-518
(Your No. 22-13410, 23-10387, 23-13177, 22-14099)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 9, 2026 and placed on the docket October 19, 2026 as No. 26-518.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst